**Steven R. DELK, Plaintiff-Appellant,**

v.

**Michael YOUNCE, Unit Manager; Walter Swiney, Unit Manager; Dwayne Turner; Stacy Day, Lieutenant; Paul Payne, Lieutenant; Randall C. Mathena, Warden; John Walrath, Assistant Warden; George Hinkle, Regional Administrator; Israel Hamilton, Institutional Program Manager; J. King, Counselor; Louis B. Cei, Doctor; R. Bivens, Western Regional Grievance Department, Defendants-Appellees,**

**and**

**Curtis Parr, Regional Ombudsman; R. Mullins, Human Rights Activist; J. Messer, Grievance Coordinator; G. Robinson, Ombudsman Service Unit Manager; John Doe, Western Regional Grievance Department, Defendants.**

No. 17-6405

United States Court of Appeals, Fourth Circuit.

Submitted: December 27, 2017

Decided: January 18, 2018

Steven R. Delk, Appellant Pro Se. Margaret Hoehl O'Shea, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven R. Delk appeals the district court's final order denying relief on his civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Delk v. Younce*, No. 7:14-cv-00643-NKM-RSB, 2016 WL 1266967, 2017 WL 1011512 (W.D. Va. Mar. 31, 2016; Mar. 14, 2017). We also deny Delk's motions for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*